UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: October 9, 2009

Case No.   C 09-3979  MHP			Judge: MARILYN H. PATEL

Title: REBELUTION LLC -v- ARMANDO PEREZ et al

Attorneys:  Plf: Konrad Latrope, Samuel Smith, David Shein
            Dft: Richard Ware, Wade Lear, Angela Nicole Martin

Deputy Clerk:  Anthony Bowser   Court Reporter: Margo Garule

## PROCEEDINGS

1)   Plaintiff's Motion for TRO

2)

3)

## ORDERED AFTER HEARING:

Counsel submit after further discussion; Court denies motion for TRO; Court to issue order.