RICHARD C. WOLFE (Pro Hac Vice)
EHRENSTEIN CHARBONNEAU CALDERIN
501 Brickell Key Drive
Suite 300
Miami, Florida 33131
Tel: 305.381.7115
Fax: 305.381.7116
Email: rwolfe@ecclegal.com

JAMES S. KNOPF (CSBN 178934)
LAW OFFICES OF JAMES S. KNOPF
1840 Gateway Drive, Suite 200
San Mateo, CA 94404
Tel: 650-627-9500
Fax: 888-808-5001
Email: jsk@knopflaw.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Francisco Division

| | |
|---|---|
| REBELUTION, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO C. PEREZ, an individual, MR. 305, INC., a Florida corporation, SONY MUSIC ENTERTAINMENT DIGITAL, LLC, a New York limited Liability Company, SONY MUSIC HOLDINGS INC., a New York corporation, POLO GROUNDS MUSIC, INC., a New York Corporation, and RCA RECORDS, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 09-CV-03979-MHP<br><br>**JOINT STIPULATION OF DISMISSAL OF COUNTERCLAIM** |

It is hereby stipulated between all parties that the Counterclaim filed by Defendants in the above referenced [DE 63] case be dismissed with prejudice. All parties agree to bear their own costs and attorney's fees.

1
JOINT STIPULATION OF DISMISSAL OF COUNTERCLAIM

1
2
3

Samuel Smith, Esq.
KRANE & SMITH
16255 Ventura Blvd.
Suite 600
Encino, California 91436

Richard C. Wolfe, Esq.
EHRENSTEIN CHARBONNEAU CALDERIN
501 Brickell Key Drive
Suite 300
Miami, Florida 33131

Dated this 2d day of March, 2010    EHRENSTEIN CHARBONNEAU CALDERIN.

By: /s Richard Wolfe
Richard C. Wolfe
Attorneys for Defendants
Pro Hac Vice

2
JOINT STIPULATION OF DISMISSAL OF COUNTERCLAIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| REBELUTION, LLC, a California Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO C. PEREZ, an individual, MR. 305, INC., a Florida corporation, SONY MUSIC ENTERTAINMENT DIGITAL, LLC, a New York limited Liability Company, SONY MUSIC HOLDINGS INC., a New York corporation, POLO GROUNDS MUSIC, INC., a New York Corporation, and RCA RECORDS, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 09-CV-03979-MHP<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF COUNTERCLAIM |

Pursuant to the Stipulation of Dismissal of Counterclaim [D.E. 63],

IT IS ORDERED the Counterclaim is dismissed with prejudice. All parties to bear their own costs and attorney's fees.

Dated this 11th day of March 2010.

IT IS SO ORDERED

Judge Marilyn H. Patel

1