RICHARD C. WOLFE, Esq. (*admitted pro hac vice*)
EHRENSTEIN CHARBONNEAU CALDERIN
501 Brickell Key Drive, Third Floor
Miami, FL  33131
Tel:  305-722-2002
Fax: 305-722-2001
E-mail:  rwolfe@ecclegal.com

JULIA D. GREER (State Bar No. 200479)
BRIAN J. SCHMIDT (State Bar No. 265937)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California  94111-4213
Telephone:  415.391.4800
Facsimile:  415.989.1663
Email:    ef-jdg@cpdb.com,
             ef-bjs@cpdb.com

Attorneys for Defendants ARMANDO C. PEREZ,
MR. 305, INC., SONY MUSIC ENTERTAINMENT
DIGITAL, LLC, SONY MUSIC HOLDINGS INC.,
POLO GROUNDS MUSIC, INC., RCA RECORDS,
INC. and SONY MUSIC ENTERTAINMENT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| REBELUTION, LLC, a California Limited Liability Company,<br><br>        Plaintiff,<br><br>    v.<br><br>ARMANDO PEREZ, an individual, MR. 305, INC., a Florida corporation, SONY MUSIC ENTERTAINMENT DIGITAL, LLC, a Delaware Limited Liability Company, SONY MUSIC HOLDINGS, INC., a Delaware corporation, POLO GROUNDS MUSIC, INC., a New York Corporation, RCA RECORDS, INC., a Delaware corporation, SONY MUSIC ENTERTAINMENT, a Delaware General Partnership, and DOES 1 to 50,<br><br>        Defendants. | Case No. CV 09-03979 MHP<br><br>**AMENDED [~~PROPOSED~~] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN DOCUMENTS UNDER SEAL**<br><br>**[CIV. LOCAL RULES 7-11, 79-5]**<br><br>Date:  March 9, 2011<br>Time: 2:30 p.m.<br>Courtroom 15 |

*COBLENTZ, PATCH, DUFFY & BASS LLP*
*ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213*
*415.391.4800 · FAX 415.989.1663*

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

1   Having considered Defendants Armando C. Perez, Mr. 305, Inc., Sony Music

2   Entertainment Digital, LLC, Music Holdings, Inc., Polo Grounds Music, Inc., RCA Records, Inc.,

3   and Sony Music Entertainment's Motion for Administrative Relief to File Certain Documents

4   Under Seal, the Declaration of Julie D. Greer in Support of Motion for Administrative Relief to

5   the File Certain Documents Under Seal, and good cause appearing therefore,

6   THE COURT HEREBY ORDERS that the Court Clerk shall file the following documents

7   under seal:

8   • Exhibit A to the Declaration of Richard C. Wolfe in Support of Defendants' *Daubert*

9   Motion to Limit or Exclude the Proposed Expert Testimony of Michael J. Wagner;

10   • Exhibit H to the Declaration of Richard C. Wolfe in Support of Defendants' *Daubert*

11   Motion to Limit or Exclude the Proposed Expert Testimony of Michael J. Wagner;

12   • Exhibit H to the Declaration of Richard C. Wolfe in Support of Defendants'

13   Multiple Motions in Limine; and

14   • Exhibit A to the Declaration of Richard C. Wolfe in Support of Defendants' Motion

15   to Admit Summaries Pursuant to Fed. R. Evid. 1006.

16   • Portions of:

17   ○ Exhibit L to the Declaration of Richard C. Wolfe in Support of Defendants'

18   *Daubert* Motion to Limit or Exclude the Proposed Expert Testimony of

19   Michael J. Wagner; and

20   ○ Exhibits B, C, and D to the Declaration of Richard C. Wolfe in Support of

21   Defendants' Motion to Admit Summaries Pursuant to Fed. R. Evid. 1006.

22

23   **IT IS SO ORDERED.**

24   DATED:   3/2/2011

25   _____
     Honorable M_____ J_____ _____dge

26

27   Judge Marilyn H. Patel

28



IT IS SO ORDERED

**AMENDED [PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE
CERTAIN DOCUMENTS UNDER SEAL**