1  RICHARD C. WOLFE, Esq. (*admitted pro hac vice*)
   EHRENSTEIN CHARBONNEAU CALDERIN
2  501 Brickell Key Drive, Third Floor
   Miami, FL 33131
3  Tel: 305-722-2002
   Fax: 305-722-2001
4  E-mail: rwolfe@ecclegal.com

5  Attorneys for Defendants ARMANDO C. PEREZ,
   MR. 305, INC., SONY MUSIC ENTERTAINMENT
6  DIGITAL, LLC, SONY MUSIC HOLDINGS INC.,
   POLO GROUNDS MUSIC, INC., RCA RECORDS,
7  INC. and SONY MUSIC ENTERTAINMENT

8  [*Additional counsel on signature page*]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| REBELUTION, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO PEREZ, an individual, MR. 305, INC., a Florida corporation, SONY MUSIC ENTERTAINMENT DIGITAL, LLC, a Delaware Limited Liability Company, SONY MUSIC HOLDINGS, INC., a Delaware corporation, POLO GROUNDS MUSIC, INC., a New York Corporation, RCA RECORDS, INC., a Delaware corporation, SONY MUSIC ENTERTAINMENT, a Delaware General Partnership, and DOES 1 to 50,<br><br>Defendants. | Case No. CV 09-03979 MHP<br><br>**STIPULATED DISMISSAL WITH PREJUDICE**<br>[FRCP 41(a)(1)(A)(ii)]<br><br>Trial Date: April 5, 2011 (Continued to date uncertain)<br>Courtroom 15 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Rebelution, LLC hereby voluntarily dismisses this action, with prejudice, including all claims against all Defendants.

1     Each party shall bear its own costs and attorneys' fees.

2     **SO STIPULATED.**

3

4 DATED: April 6, 2011              KRANE & SMITH

5

6                                         By: _____

7                                         Samuel Krane
                                        Attorneys for Plaintiff REBELUTION, LLC

8

9

10 DATED: April ___, 2011             EHRENSTEIN CHARBONNEAU CALDERIN

11

12                                         By: _____

13                                         Richard C. Wolfe
                                        Attorneys for Defendants ARMANDO C.

14                                         PEREZ, MR. 305, INC. SONY MUSIC
                                        ENTERTAINMENT DIGITAL, LLC, SONY

15                                         MUSIC HOLDINGS INC., POLO GROUNDS
                                        MUSIC, INC., RCA RECORDS, INC. and

16                                         SONY MUSIC ENTERTAINMENT

17 *Additional counsel from caption page:*

18 JULIA D. GREER (State Bar No. 200479)
   BRIAN J. SCHMIDT (State Bar No. 265937)

19 COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200

20 San Francisco, California 94111-4213
   Telephone: 415.391.4800

21 Facsimile: 415.989.1663                April 11, 2011
   Email:   ef-jdg@cpdb.com,

22            ef-bjs@cpdb.com

23 Attorneys for Defendants ARMANDO C. PEREZ,
   MR. 305, INC., SONY MUSIC ENTERTAINMENT

24 DIGITAL, LLC, SONY MUSIC HOLDINGS INC.,
   POLO GROUNDS MUSIC, INC., RCA RECORDS,

25 INC. and SONY MUSIC ENTERTAINMENT.

26

27

28 *Counsel con't on following page:*

**IT IS SO ORDERED**
*Judge Marilyn H. Patel*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200, San Francisco, California 94111-4213
415.391.4800 • Fax 415.989.1663

14331.001.1716854v1                 2                         Case No. CV 09-03979 MHP
**STIPULATED DISMISSAL WITH PREJUDICE**

1  SAMUEL KRANE (State Bar No. 38381)
   DOUGLAS DAY (State Bar No. 92581)
2  KRANE & SMITH
   16255 Ventura Blvd., Suite 600
3  Encino, CA 91436
4  Tel: (818)382-4000
   Fax: (818) 382-4001
5  Email: sam@kranesmith.com
           doug@kranesmith.com
6
7  Attorneys for Plaintiff REBELUTION, LLC

8

9  SAMUEL J. SMITH (State Bar No. 242440)
   SJS COUNSEL, APC
10 9701 Wilshire Blvd., Tenth Floor
   Beverly Hills, CA 90212
11 Tel: (310) 271-2800
12 Fax: (310) 271-2818
   Email: Samuel@sjscounsel.com
13
   Attorneys for Plaintiff REBELUTION, LLC
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

14331.001.1716854v1          3          Case No. CV 09-03979 MHP
STIPULATED DISMISSAL WITH PREJUDICE